■ JOSEPH ROSA, Appellant, v GENERAL MOTORS CORPORATION et al., Respondents. (And a Third-Party Action.)—Appeal from an order, Supreme Court, New York County (Diane Lebedeff, J.), entered on February 9, 1988, dismissed as nonappealable as of right, without costs and without disbursements. Were we to reach the merits, we would affirm. No opinion. Concur—Kupferman, J. P., Ross, Kassal, Ellerin and Rubin, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v HECTOR AVILES, Appellant.—Judgment, Supreme Court, New York County (Herbert Altman, J.), rendered on February 6, 1987, unanimously affirmed.